IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FYR SFR BORROWER, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SHEKA R. BROOKS, TREVINO VALDEZ BROOKS, and all other occupants,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:23-CV-5288-SCJ |

## ORDER

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. 3], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court. Accordingly, this civil action is hereby **REMANDED** to the Magistrate Court of Clayton County, Georgia.

**IT IS SO ORDERED**, this 7th day of December, 2023.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE
